USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

HITACHI AMERICA, LTD.,                  :

               Plaintiff,      :

   -against-                           :        09 Civ. 8045 (VM)(HBP)

STEADFAST INSURANCE                     :        ORDER
COMPANY, et al.,
                                  :

               Defendants.     :
-----------------------------------X

       PITMAN, United States Magistrate Judge:

       A tape-recorded conference having been held on this date during which I heard oral argument on the motion Aker Construction, Inc. for reconsideration of my Order dated April 20, 2001 or, in the alternative, a stay of discovery (Docket Item 56), for the reasons stated on the tape recording of the call, it is hereby ORDERED that:

               1. Akers Construction, Inc.'s motion is denied in all respects.

    2. A conference call will be held on May 4, 2010 at 5:00 p.m. E.D.T. to discuss the status of document production.

Dated: New York, New York
    April 30, 2010

              SO ORDERED

              */s/ Henry Pitman*
              HENRY PITMAN
              United States Magistrate Judge

Copies transmitted to:

Paul L. Langer, Esq.
Proskauer Rose, LLP
Suite 3800
70 West Madison
Chicago, Illinois 60602

David J. Krebs, Esq.
Krebs, Farley & Pelleteri, PLLC
Suite 2500
400 Poydras Street
New Orleans, Louisiana 70130

Katie C. Pfeifer, Esq.
Dorsey & Whitney, LLP
Suite 1500
50 South Sixth Street
Minneapolis, Minnesota 55402